**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CAMILLE ANDERSON, | ) | |
| Plaintiff, | ) | Case No. 1:25-cv-08784 |
| v. | ) | Hon. Andrea R. Wood |
| UNIVERSITY CENTER OF CHICAGO, | ) | |
| Defendant. | ) | |

**AGREED MOTION FOR ENTRY OF DISMISSAL ORDER**

NOW COME the parties, Plaintiff Camille Anderson and Defendant University Center of Chicago, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly move this Court for entry of the attached proposed Order of Dismissal with Prejudice. In support thereof, the parties state as follows:

1. The parties have reached a full and final settlement of all claims asserted in this action, memorialized in an executed General Release of Claims signed by all parties.

2. On March 30, 2026, the parties submitted to Magistrate Judge Beth W. Jantz a notice of settlement and proposed dismissal with prejudice.

3. On March 30, 2026, Magistrate Judge Jantz entered a Minute Order (Dkt. No. 30) terminating the referral of this action, striking all hearings scheduled before Judge Jantz, and directing the parties to submit a revised proposed dismissal order to this Court.

4. Consistent with Judge Jantz's direction, the parties have conferred and jointly submit the attached proposed Order of Dismissal with Prejudice for entry by this Court.

5. The proposed order provides for dismissal of this action with prejudice and without costs, strikes the status hearing scheduled for April 23, 2026, and expressly retains this Court's jurisdiction to enforce the parties' settlement agreement, adjudicate any lien claims, and resolve any other matters ancillary to the settlement.

6.   The parties respectfully request that this Court retain jurisdiction over the settlement agreement to permit enforcement in the event of any future dispute over this settlement.

WHEREFORE, the parties respectfully request that this Court enter the attached Agreed Order of Dismissal with Prejudice.

Respectfully submitted,

For Plaintiff Camille Anderson:

/s/Thomas P. Valenti

Thomas P. Valenti
Settlement Assistance Program Counsel
(Pro Bono)
Counsel for Plaintiff

Dated: March 30, 2026